UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal Action No. 6: 07-110-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| DONNA REID, | ) | **MEMORANDUM OPINION** |
| | ) | **AND ORDER** |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

On September 18, 2008, a jury found Defendant Donna Reid guilty of all charges contained in a second superseding Indictment. [Record No. 116] The charges included one count of conspiring to launder drug proceeds in violation of 18 U.S.C. § 1956(h), six individual counts of money laundering in violation of 18 U.S.C. § 1956(a)(1)(B)(i), and one count of harboring a fugitive in violation of 18 U.S.C. § 1071. Following this conviction, a sentencing hearing was held on January 29, 2009.

The Presentence Investigation Report ("PSR") prepared in advance of the sentencing hearing grouped the conspiracy and drug laundering counts (Counts 1ss through 7ss) for purposes of calculating the Total Offense Level used to determine Defendant Reid's non-binding guideline range under the United States Sentencing Guidelines ("USSG"). Under the USSG, Reid was assigned a Base Offense Level of 24 under § 2S1.1(a)(2), a six-level increase under § 2S1.1(b)(1), a four-level increase under § 2S1.1(b)(2)(C), and a two-level increase under

§3C1.1 for an Adjusted and Total Offense Level of 36.[1]  Based on these calculations, Defendant Reid was determined to have a non-binding guideline range of 188 to 235 months of imprisonment.  Ultimately, she received a sentence of 188 months on each of Counts 1ss through 7ss, and 60 months on Count 8ss, with all terms to run concurrently. [Record No. 150]

Reid has exhausted all direct and collateral appeals.  However, on December 9, 2014, she filed a motion for a reduction of her sentence under 18 U.S.C. § 3582(c)(2) and Amendment 782 to the USSG.  [Record No. 260]  Although Reid seeks to have her sentence reduced, the recent amendments do not affect her guideline calculations.  On April 30, 2014, the United States Sentencing Commission submitted to Congress Amendment 782, effective November 1, 2014.  More specifically, this provision amends the guidelines at USSG § 2D1.1 to lower the base offense level for most drug offenses in the Drug Quantity Table (USSG § 2D1.1(c)) by two levels.  However, as explained above, Reid's non-binding guideline range was not determined according to the Drug Quantity Table.  Accordingly, it is hereby

**ORDERED** that Defendant Donna Reid's Motion for Reduction of Sentence Pursuant to 18 U.S.C. § 3582(c)(2) and Amendment 782 [Record No. 260] is **DENIED**.

This 10th day of December, 2014.



Signed By:

_Danny C. Reeves_  DCR

United States District Judge

---

[1]　Although Count 8ss was also grouped, its Adjusted Offense Level of 28 did not affect the ultimate guideline range for imprisonment.  Under USSG § 3D1.3(a), the offense level for the conspiracy and money laundering counts was used to determine the Total Offense Level.